NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CHARLES T. HAGEL, SECRETARY OF DEFENSE,**
*Appellant,*

**v.**

**THE BOEING COMPANY,**
*Appellee.*

_____

2014-1235

_____

Appeal from the Armed Services Board of Contract Appeals in Nos. 57549 and 57563, Administrative Judge Elizabeth M. Grant, Administrative Judge Mark N. Stempler, Administrative Judge Monroe E. Freeman, Jr.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of the Secretary of Defense's unopposed motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

2                          DEFENSE v. THE BOEING COMPANY

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19

ISSUED AS A MANDATE: May 20, 2014